1  **SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
2  HELEN I. ZELDES (SBN 220051)
   *hzeldes@sshhzlaw.com*
3  JOSHUA A. FIELDS (SBN 242938)
   *jfields@sshhzlaw.com*
4  AYA DARDARI (SBN 344039)
   *adardari@sshhzlaw.com*
5  501 W. Broadway, Suite 800
   San Diego, California 92101
6  Tel: (619) 400-4990

7  **PETA FOUNDATION**
   ASHER SMITH (admitted *pro hac vice*)
8  *ashers@petaf.org*
   MICHAEL E. WALLER (admitted *pro hac vice*)
9  *mikew@petaf.org*
   2154 West Sunset Boulevard
10 Los Angeles, California 90026
   Tel: (323) 210-2263
11 Fax: (213) 484-1648

**REESE LLP**
Michael R. Reese (SBN 206773)
Sue J. Nam (SBN 206729)
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Email:  *mreese@reesellp.com*
        *snam@reesellp.com*

12 *Counsel for Plaintiff, an individual, on behalf of herself and all others similarly situated.*
13
   [Additional counsel on following page]
14

15 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

16

17 AMBER TAKAHASHI-MENDOZA, an individual, on behalf of herself and all others
18 similarly situated,

19                Plaintiff,

20        v.

21 COOPERATIVE REGIONS OF ORGANIC PRODUCER POOLS d/b/a ORGANIC
22 VALLEY, a Wisconsin Corporation,

23                Defendant.

Case No. 4:22-cv-05086-JST

**JOINT STIPULATION OF DISMISSAL**

1  **REESE LLP**
   GEORGE V. GRANADE (SBN 316050)
2  ggranade@reesellp.com
   8484 Wilshire Boulevard, Suite 515
3  Los Angeles, California 90211
   Telephone: (310) 393-0070
4  Fax: (213) 484-1648

5  **REESE LLP**
6  CHARLES DOUGLASS MOORE (admitted *Pro Hac Vice*)
   100 South 5th Street, Suite 1900
7  Minneapolis, MN 55402
   Tel: (212) 643-0500
8  Fax: (212-253-4272
   Email:cmoore@reesellp.com
9
   *Counsel for Plaintiff, an individual, on behalf of*
10 *herself and all others similarly situated.*

11 NICOLE V. OZERAN (SBN 302321)
   *nicole.ozeran@faegredrinker.com*
12 DAVID A. BELCHER (SBN 330166)
   david.belcher@faegredrinker.com
13 **FAEGRE DRINKER BIDDLE & REATH LLP**
   1800 Century Park East, Suite 1500
14 Los Angeles, California 90067
   Telephone:   +1 310 203 4000
15 Facsimile:    +1 310 229 1285

16
   TYLER A. YOUNG (admitted *Pro Hac Vice*)
17 tyler.young@faegredrinker.com
   RORY F. COLLINS (admitted *Pro Hac Vice*)
18 **FAEGRE DRINKER BIDDLE & REATH LLP**
   rory.collins@faegredrinker.com
19 2200 Wells Fargo Center
   90 South Seventh Street
20 Minneapolis, Minnesota 55402
   Telephone:   +1 612 766 7000
21 Facsimile:    +1 612 766 1600

22 MARTIN J. DEMORET (admitted *Pro Hac Vice*)
   martin.demoret@faegredrinker.com
23 801 Grand Avenue, 33rd Floor
   Des Moines, Iowa 50309
24 Telephone:   +1 515 248 9000
   Facsimile:    +1 515 248 9010
25
   Attorneys for Defendant
26 COOPERATIVE REGIONS OF ORGANIC PRODUCER POOLS d/b/a ORGANIC VALLEY.

27

28

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate that
2   this case shall be and is dismissed with prejudice as to Plaintiff Amber Takahashi-Mendoza only
3   and without prejudice as to members of the putative class.  Each Party shall bear their own
4   attorneys' fees and costs and expenses.

Dated:  September 27, 2024

_____
Michael R. Reese

*Counsel for Plaintiff, an individual, on behalf of herself and all others similarly situated.*

Dated:  September 27, 2024

_____
Tyler A. Young

*Attorney for Defendant Cooperative Regions of Producer Pools d/b/a Organic Valley.*