**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMBER TAKAHASHI-MENDOZA, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COOPERATIVE REGIONS OF ORGANIC PRODUCER POOLS d/b/a ORGANIC VALLEY, a Wisconsin Corporation,<br><br>Defendant. | Case No. 4:22-cv-05086-JST<br><br>[PROPOSED] ORDER OF DISMISSAL |

    Having considered the Stipulation of Voluntary Dismissal filed by the Parties, it is hereby ORDERED that this case is dismissed with prejudice as to Plaintiff Amber Takahashi-Mendoza only and without prejudice as to members of the putative class. Each party shall bear their own attorneys' fees and costs and expenses. IT IS SO ORDERED.

Dated: September 30, 2024

_____
Honorable Jon S. Tigar
United States District Judge